**Curtis BULLICK, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

**No. 2013–3121.**

United States Court of Appeals, Federal Circuit.

Nov. 22, 2013.

Gony Frieder Goldberg, Esq., American Federation of Government Employees, AFL–CIO, Washington, DC, for Petitioner.

Michelle Milberg, Department of Justice, Washington, DC, for Respondent.

## ORDER

The petitioner having failed to respond to this court's October 30, 2013 order,

IT IS ORDERED THAT:

The petition is dismissed. Each side shall bear its own costs.